Form B1 (Official Form 1) - (Rev. 04/10)                              2010 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, ano trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): ZIP CODE | Street Address of Joint Debtor (No. & Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):

ZIP CODE

---

**Type of Debtor** (Form of Organization)
(Check **one** box.)

☐ Individual (includes Joint Debtors)
 *See Exhibit D on page 2 of this form*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (if debtor is not one of the above entities, check this box and state type of entity below)

_____

**Nature of Business**
(Check **one** box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check **one** box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which**
the Petition is Filed
(Check one box)

☐ Chapter 7   ☐ Chapter 11   ☐ Chapter 15 Petition for Recognition
☐ Chapter 9   ☐ Chapter 12       of a Foreign Main Proceeding
              ☐ Chapter 13   ☐ Chapter 15 Petition for Recognition
                                 of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."      ☐ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

☐ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors:**

**Check one box:**
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101 (51D).

**Check if:**
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300. *(amount subject to adjustment on 04/01/13 and every three years thereafter.)*
-------------------------------------------------------------
**Check all applicable boxes:**
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in

---

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

## THIS SPACE FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Form B1 (Official Form 1) (Rev.04/10)                                                           2010 USBC, Central District of California

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): | FORM B1, Page 2 |
|---|---|---|

| Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X _____ <br>    Signature of Attorney for Debtor(s)                Date |

| Exhibit C | Exhibit D |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br> ☐  Yes, and Exhibit C is attached and made a part of this petition. <br><br> ☐  No | (To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br><br> ☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br><br> If this is a joint petition: <br><br> ☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| Information Regarding the Debtor - Venue <br> (Check any applicable box) |
|---|
| ☐   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| Certification by a Debtor Who Resides as a Tenant of Residential Property <br> *Check all applicable boxes.* |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.) <br><br> _____ <br> (Name of landlord that obtained judgment) <br><br><br> _____ <br> (Address of landlord) |
| ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐   Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(1)). |

Form B1 (Official Form 1)  (Rev. 1/08)                                                    2008 USBC, Central District of California

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): | FORM B1, Page 3 |
|---|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.  [If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X _____
   Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____

_____
Telephone Number

_____
Date                            Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

❑    I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

❑    Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
                                             Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Jaenam Coe (175920)          PARK LAW FIRM<br>3255 Wilshire Blvd. Suite 1110, Los Angeles, CA 90010<br>TEL:(213)389-3777; FAX:(213) 389-3377<br><br>☒ Attorney for: Debtor(s) | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:  Fernie Montes de Oca<br><br>          Dora Ruiz-Montes de Oca                    Debtor(s). | CASE NO.:<br>CHAPTER:   7<br>ADV. NO.: |
|---|---|

### ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

☑ Petition, statement of affairs, schedules or lists          Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists          Date Filed: _____
☐ Other: _____          Date Filed: _____

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a Statement of Social Security Number(s) (Form B21) and provided the executed original to my attorney.

_____          6-20-10
Signature of Signing Party                         Date
Fernie Montes de Oca
Printed Name of Signing Party

_____          6/20/10
Signature of Joint Debtor (if applicable)          Date
Dora Ruiz-Montes de Oca
Printed Name of Joint Debtor (if applicable)

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the Declaration of Debtor(s) or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the Statement of Social Security Number(s) (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the Statement of Social Security Number(s) (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the Statement of Social Security Number(s) (Form B21) available for review upon request of the Court.

_____          6/__
Signature of Attorney for Signing Party          Date

Jaenam Coe
Printed Name of Attorney for Signing Party

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

Official Form 1- Exhibit D (Rev 12/09) Page 1                                    2009 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:                                    Debtor(s). | CHAPTER:  CASE NO.: |

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* _____

_____

_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐  4.  I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐  5.  The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C.  § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct**.

Signature of Debtor: _____

Date: _____

Official Form 1- Exhibit D (Rev 10/06) page 1                                                                2006 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br><div align="right">Debtor(s).</div> | CHAPTER:<br><br>CASE NO.: |

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐  1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.].*  _____

_____
_____.

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

Official Form 1- Exhibit D (Rev 10/06) page 2                                    2006 USBC, Central District of California

☐   4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

    ☐   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐   Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐   Active military duty in a military combat zone.

☐   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date: _____

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

_____

_____

2.  (If petitioner is a partnership or joint venture)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

_____

_____

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.   Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

_____

_____

4.  (If petitioner is an individual)  A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

_____

_____

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____, California.     _____
                                                   *Debtor*

Dated _____                         _____
                                                   *Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                              **F 1015-2.1**

Statement Regarding Cases Imported or Transferred by
**F 1015-2.1**
Local Bankruptcy Rule 1015-2 - *Page 2 of 3*

| In re | CASE NUMBER: |
|---|---|
| Debtor. | |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:


A true and correct copy of the foregoing document described as _____
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:


**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:


☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.


☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.


☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____    _____
_Date_                          _Type Name_                                    _Signature_

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*
**F 1015-2.1**

B 201 - Notice of Available Chapters (Rev. 12/08)                                              USBC, Central District of California

Name: _____

Address: _____

_____

Telephone: _____   Fax: _____

☐  Attorney for Debtor
☐  Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years: | Case No.: |
| | **NOTICE OF AVAILABLE CHAPTERS** (Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1)  Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1.  <u>Services Available from Credit Counseling Agencies</u>

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.**  The briefing must be given within 180 days **<u>before</u>** the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.  The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.**  The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

B 201 - Notice of Available Chapters (Rev. 12/08)                                        USBC, Central District of California

**2.    The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

**Chapter 7:  Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3 The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**
1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2. Under chapter 13, you must file with the court  a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3.    Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

B 201 - Notice of Available Chapters (Rev. 12/08)                                    USBC, Central District of California

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____
Printed name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition Address: preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

_____

X_____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

_____
Printed Name(s) of Debtor(s)

_____
Signature of Debtor                    Date

Case No. (if known) _____

X_____
Signature of Joint Debtor (if any)    Date

Official Form B6 - Statistical Summary  (12/07)                                    2007 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re | CHAPTER: |
| Debtor(s). | CASE NO.: |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

**Form B6 - Summary (12/07)**                                                    **2007 USBC, Central District of California**

# UNITED STATES BANKRUPTCY COURT
## Central District of California

| In re | Case No.: |
|---|---|
| Debtor. | (If known) |

### SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| | NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|---|
| A - | Real Property | | | $ | | |
| B- | Personal Property | | | $ | | |
| C- | Property Claimed as Exempt | | | | | |
| D- | Creditors Holding Secured Claims | | | | $ | |
| E- | Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | | | $ | |
| F- | Creditors Holding Unsecured Nonpriority Claims | | | | $ | |
| G- | Executory Contracts and Unexpired Leases | | | | | |
| H- | Codebtors | | | | | |
| I- | Current Income of Individual Debtor(s) | | | | | $ |
| J- | Current Expenditures of Individual Debtors(s) | | | | | $ |
| | TOTAL | | | $ | $ | |

**Form B6A (10/05)**                                                                          2005 USBC, Central District of California

| In re | | Case No.: |
|---|---|---|
| | Debtor. | (If known) |

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |

Total   ➤

(Report also on Summary of Schedules.)

In re _____,
                  Debtor.

Case No.: _____
                  (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and home stead associations, or credit unions, brokerage houses, or cooperatives. | | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | | | |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | | |
| 6.  Wearing apparel. | | | | |
| 7.  Furs and jewelry. | | | | |
| 8.  Firearms and sports, photo-graphic, and other hobby equipment. | | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10.  Annuities.  Itemize and name each issuer. | | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | | | | |

| In re | | | | Case No.: | |
|---|---|---|---|---|---|
| | | Debtor. | | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | | | |
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | | | | |
| 14. | Interests in partnerships or joint ventures.  Itemize. | | | | |
| 15. | Government and corporate bonds and other negotiable and non-negotiable instruments. | | | | |
| 16. | Accounts receivable. | | | | |
| 17. | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | | | |
| 18. | Other liquidated debts owed to debtor including tax refunds. Give particulars. | | | | |
| 19. | Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | | | | |
| 20. | Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | |
| 21. | Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | | | |
| 22. | Patents, copyrights, and other intellectual property.  Give particulars. | | | | |
| 23. | Licenses, franchises, and other general intangibles.  Give particulars. | | | | |

Form B6B (Official Form 6B) (12/07) — Cont.

| In re | | Case No.: |
|---|---|---|
| | Debtor. | (If known) |

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | | | |
| 26. Boats, motors, and accessories. | | | | |
| 27. Aircraft and accessories. | | | | |
| 28. Office equipment, furnishings, and supplies. | | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |
| 30. Inventory. | | | | |
| 31. Animals. | | | | |
| 32. Crops - growing or harvested. Give particulars. | | | | |
| 33. Farming equipment and implements. | | | | |
| 34. Farm supplies, chemicals, and feed. | | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | | | |

_____continuation sheets attached        Total ➤        $

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

**Form B6C - (04/10)**                                                      **2010 USBC, Central District of California**

| In re | Case No.: |
|-------|-----------|
| Debtor. | (If known) |

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under: (Check one box)

❑ Check if debtor claims a homestead exemption that exceeds $146.450*.

❑  11 U.S.C. § 522(b)(2)

❑  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
|  |  |  |  |

*Amount subject to adjustment on 4/1/13, and every three years there after with respect to cases commenced on or after the date of adjustment

| In re | Case No.: |
|---|---|
| | |
| Debtor. | (If known) |

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |

_____Continuation Sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) ➤ | $ | |
| Total (Use only last page) ➤ | $ | |

(Report total also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

| In re | | | | | | | | Case No.: | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Debtor. | | | | (If known) | |

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet no. _____ of _____ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) ➤
(Total(s) of this page)

$

Total(s) ➤
(Use only last page)

$

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re _____,                                              Case No.: _____
                        Debtor.                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**: Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**: Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**: Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**: Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**: Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**: Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

*Amount subject to adjustment on 04/01/13, and every three years there after with respect to cases commenced on or after the date of adjustment.

Form B6E - (Rev. 04/10)

Case 2:10-bk-35508-RN    Doc 1    Filed 06/23/10    Entered 06/23/10 14:36:40    Desc
Main Document    Page 24 of 74
2010 USC, Central District of California

In re _____,
Debtor.

Case No.: _____
(If known)

☐ **Taxes and Certain Other Debts Owed to Governmental Units**:  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**:  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**:  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

 *Amounts are subject to adjustment on April 1, 2013, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ Continuation Sheets attached

| In re | | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of Account No. | | | | | | | | | |
| Last four digits of Account No. | | | | | | | | | |
| Last four digits of Account No. | | | | | | | | | |
| Last four digits of Account No. | | | | | | | | | |
| Last four digits of Account No. | | | | | | | | | |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals (Totals of this page) ➤ | | | | $ | $ | |
| | | | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) ➤ | | | | $ | | |
| | | | Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) ➤ | | | | | $ | $ |

Form B6F (Official Form 6F) - (Rev. 12/07)                                                           2007 USBC, Central District of California

| In re | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. | | | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | |

|  | Subtotal ➤ | $ |
|---|---|---|

_____ Continuation Sheets attached

|  | Total (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) ➤ | $ |
|---|---|---|

**Form B6F (Official Form 6F) - (Rev. 12/07)**

| In re | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. | | | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | |
| | | | | Subtotal ➤ | | | $ |
| Sheet no. ____ of ____ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Total (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) ➤ | | | | $ |

**Form B6F (Official Form 6F) - (Rev. 12/07)**                                                    **2007 USBC, Central District of California**

| In re | | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. | | | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | |

Subtotal ➤ | $

Sheet no. ____ of ____ sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

**Total**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the**
**Statistical Summary of Certain Liabilities and Related Data.)** ➤ | $

**Form B6G - (10/05)**                                                    **2005 USBC, Central District of California**

| In re | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If  a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

**Form B6H - (10/05)**                                          **2005 USBC, Central District of California**

| In re | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Form B6I - (Rev. 12/07)

Case 2:10-bk-35508-RN    Doc 1    Filed 06/23/10    Entered 06/23/10 11:36:40    Desc
Main Document    Page 31 of 74    3007 USBC Central District of California

| In re | | Case No.: |
|---|---|---|
| | Debtor. | (If known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S) | AGE(S) |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $_____ | $_____ |
| 2. | Estimate monthly overtime | $_____ | $_____ |
| 3. | **SUBTOTAL** | $_____ | $_____ |
| 4. | **LESS PAYROLL DEDUCTIONS** | | |
| | a. Payroll taxes and social security | $_____ | $_____ |
| | b. Insurance | $_____ | $_____ |
| | c. Union dues | $_____ | $_____ |
| | d. Other (specify) _____ | $_____ | $_____ |
| 5. | **SUBTOTAL OF PAYROLL DEDUCTIONS** | $_____ | $_____ |
| 6. | **TOTAL NET MONTHLY TAKE HOME PAY** | $_____ | $_____ |
| 7. | Regular income from operation of business or profession or farm (attach detailed statement) | $_____ | $_____ |
| 8. | Income from real property | $_____ | $_____ |
| 9. | Interest and dividends | $_____ | $_____ |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $_____ | $_____ |
| 11. | Social security or other government assistance (Specify) | $_____ | $_____ |
| 12. | Pension or retirement income | $_____ | $_____ |
| 13. | Other monthly income (Specify) _____ | $_____ | $_____ |
| 14. | **SUBTOTAL OF LINES 7 THROUGH 13** | $_____ | $_____ |
| 15. | **AVERAGE MONTHLY INCOME:** (Add amounts shown on lines 6 and 14) | $_____ | $_____ |
| 16. | **COMBINED AVERAGE MONTHLY INCOME** (Combine column totals from line 15) | $_____ | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

_____

_____

| In re | | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)                                            $ _____

    a. Are real estate taxes included?       Yes _____       No _____
    b. Is property insurance included?       Yes _____       No _____

2. Utilities:   a.  Electricity and heating fuel                                                                   $ _____
           b.  Water and sewer                                                            $ _____
           c.  Telephone                                                                  $ _____
           d.  Other _____                            $ _____
3. Home maintenance (repairs and upkeep)                                                                          $ _____
4. Food                                                                                                           $ _____
5. Clothing                                                                                                       $ _____
6. Laundry and dry cleaning                                                                                       $ _____
7. Medical and dental expenses                                                                                    $ _____
8. Transportation (not including car payments)                                                                   $ _____
9. Recreation, clubs and entertainment, newspapers, magazines, etc.                                              $ _____
10. Charitable contributions                                                                                     $ _____
11. Insurance (not deducted from wages or included in home mortgage payments)
           a.  Homeowner's or renter's                                                   $ _____
           b.  Life                                                                       $ _____
           c.  Health                                                                     $ _____
           d.  Auto                                                                       $ _____
           e.  Other _____
12. Taxes (not deducted from wages or included in home mortgage payments)
    (Specify) _____                                                $ _____
13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)
           a.  Auto                                                                       $ _____
           b.  Other _____                            $ _____
           c.  Other _____                            $ _____
14. Alimony, maintenance, and support paid to others                                                             $ _____
15. Payments for support of additional dependents not living at your home                                        $ _____
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)                 $ _____
17. Other _____                                                              $ _____

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17, Report also on Summary of Schedules and,                         $ _____
    If applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the
    filing of this document: _____

20. STATEMENT OF MONTHLY NET INCOME
    a.  Total monthly income from Line 15 of Schedule I                                                      $ _____
    b.  Total monthly expenses from Line 18 above                                                           $ _____
    c.  Monthly net income (a. minus b.)                                                                    $ _____

| In re | | Case No.: |
| --- | --- | --- |
| | Debtor. | (If known) |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____            Signature: _____
                                                                    Debtor

Date _____            Signature: _____
                                                                    (Joint Debtor, if any)
                                                                    [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information  required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No.
                                                                                                     (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____        _____
  Signature of Bankruptcy Petition Preparer                                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.    (Total shown on summary page plus 1.)

Date _____            Signature: _____

                                                                    _____
                                                                    [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## Central District of California

| In re | Case No.: |
|-------|-----------|
|                              Debtor. |              (If known) |

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

# Definitions

**"In business."**  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

**"Insider."**  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

1.    **Income from Employment or Operation of Business**

None
☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                              SOURCE

Statement of Financial Affairs (Form 7) - Page 2 - (Rev. 04/10)                    2010 USBC, Central District of California

**2.     Income Other than from Employment or Operation of Business**

None    State the amount of income received by the debtor other than from employment, trade, profession, operation of the
☐       debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If
        a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter
        13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and
        a joint petition is not filed.)

                        AMOUNT                                                    SOURCE

**3.     Payments to Creditors**

        *Complete a. or b., as appropriate, and c.*

None    a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of
☐           goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement
            of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than
            $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support
            obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and
            creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by
            either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
            is not filed.)

|                                              | DATES OF    | AMOUNT | AMOUNT      |
|                                              | PAYMENTS    | PAID   | STILL OWING |
| NAME AND ADDRESS OF CREDITOR                 |             |        |             |

None    b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made
☐           within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property
            that constitutes or is affected by such transfer is less than $5,850.  If the debtor is an individual, indicate with an
            asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of
            an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.
            (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both
            spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|                                              | DATES OF        | AMOUNT PAID | AMOUNT      |
|                                              | PAYMENTS/       | OR VALUE OF | AMOUNT      |
|                                              | TRANSFERS       | TRANSFERS   | STILL OWING |
| NAME AND ADDRESS OF CREDITOR                 |                 |             |             |

None  c.  All debtors:  List all payments made within **one year** immediately preceding the commencement of this case to or
☐      for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must
       include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are
       separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

4.     **Suits and Administrative Proceedings, Executions, Garnishments and Attachments**

None  a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐      preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include
       information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are
       separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

---

None  b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one
☐      year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter
       13 must include information concerning property of either or both spouses whether or not a joint petition is filed,
       unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.     Repossessions, Foreclosures and Returns**

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
☐       of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.
        (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
        spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**6.     Assignments and Receiverships**

None    a.   Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the
☐            commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment
             by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
             petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

---

None    b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year**
☐            immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13
             must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
             the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE AND NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.**    **Gifts**

None    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case
☐    except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member
and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or
chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.**    **Losses**

None    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement
☐    of this case **or since the commencement of this case**.  (Married debtors filing under chapter 12 or chapter 13 must
include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.**    **Payments Related to Debt Counseling or Bankruptcy**

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
☐    consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy
within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10.     Other Transfers**

None     a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of
☐           the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement
             of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both
             spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  |  | DESCRIBE PROPERTY |
| --- | --- | --- |
| NAME AND ADDRESS OF TRANSFEREE, | | TRANSFERRED |
| RELATIONSHIP TO DEBTOR | DATE | AND VALUE RECEIVED |

None     b.   List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case
☐           to a self-settled trust or similar device of which the debtor is a beneficiary.

|  |  | AMOUNT OF MONEY OR |
| --- | --- | --- |
|  |  | DESCRIPTION AND VALUE OF |
| NAME OF TRUST OR | DATE(S) OF | PROPERTY OR DEBTOR'S |
| OTHER DEVICE | TRANSFER(S) | INTEREST IN PROPERTY |

**11.     Closed Financial Accounts**

None     List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were
☐         closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include
           checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts
           held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial
           institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or
           instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are
           separated and a joint petition is not filed.)

|  | TYPE OF ACCOUNT, LAST FOUR | AMOUNT AND |
| --- | --- | --- |
| NAME AND ADDRESS | DIGITS OF ACCOUNT NUMBER, AND | DATE OF SALE |
| OF INSTITUTION | AMOUNT OF FINAL BALANCE | OR CLOSING |

## 12.    Safe Deposit Boxes

None    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables
☐    within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or
chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13.    Setoffs

None    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding
☐    the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information
concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14.    Property Held for Another Person

None    List all property owned by another person that the debtor holds or controls.
☐

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.    Prior Address of Debtor**

None  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which
☐    the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is  filed,
     report also any separate address of either spouse.

ADDRESS                          NAME USED                      DATES OF OCCUPANCY

---

**16.    Spouses and Former Spouses**

None  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
☐    California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years**
     immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former
     spouse who resides or resided with the debtor in the community property state.

NAME

---

**17.    Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination,
releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or
other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes,
or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or
formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance,
hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None  a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit
☐       that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental
        unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME           NAME AND ADDRESS           DATE OF        ENVIRONMENTAL
AND ADDRESS         OF GOVERNMENTAL UNIT       NOTICE         LAW

None   b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release
☐         of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None   c.   List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
☐         respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or
          was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18.    Nature, Location and Name of Business

None   a.   *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
☐         and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
          executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession,
          or other activity either full- or part-time within **six years** immediately preceding the commencement of this case,
          or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately
          preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more
of the voting or equity  securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more
of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN¹ OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

Statement of Financial Affairs (Form 7) - Page 10 - (Rev. 04/10)                    2010 USBC, Central District of California

None    b.   Identify any business listed in response to subdivision a., above, that is "single asset real estate" as    defined
☐           in 11 U.S.C. § 101.

     NAME                                                ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor
who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer,
director,  managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner,
other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either
full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as
defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business
within those six years should go directly to the signature page.)*

**19.    Books, Records and Financial Statements**

None    a.   List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy
☐           case kept or supervised the keeping of books of account and records of the debtor.

     NAME AND ADDRESS                            DATES SERVICES RENDERED

None    b.   List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have
☐           audited the books of account and records, or prepared a financial statement of the debtor.

     NAME                          ADDRESS                DATES SERVICES RENDERED

None    c.   List all firms or individuals who at the time of the commencement of this case were in possession of the books of
☐           account and records of the debtor.  If any of the books of account and records are not available, explain.

     NAME                                                ADDRESS

None   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☐       financial statement was issued by the debtor within **two years** immediately preceding the commencement of this
        case.

        NAME AND ADDRESS                              DATE ISSUED

---

**20.    Inventories**

None   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐       of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY (Specify cost, market, or other basis) |
| --- | --- | --- |
| DATE OF INVENTORY | INVENTORY SUPERVISOR |  |

---

None   b.  List the name and address of the person having possession of the records of each of the inventories reported
☐       in a., above.

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

---

**21.    Current Partners, Officers, Directors and Shareholders**

None   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
☐       partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None    b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or
☐       indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22.**    **Former Partners, Officers, Directors and Shareholders**

None    a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately
☐       preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None    b.   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within
☐       **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23.**    **Withdrawals from a Partnership or Distributions by a Corporation**

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider,
☐       including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
during **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any
☐      consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately
       preceding the commencement of the case.

NAME OF PARENT CORPORATION                              TAXPAYER IDENTIFICATION NUMBER (EIN)

## 25. Pension Funds.

None    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which
☐      the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding
       the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

•  •  •  •  •  •  •  •  •

Statement of Financial Affairs (Form 7) - Page 14 - (Rev. 04/10)                                          2010 USBC, Central District of California

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____          Signature _____
                                                                                    *Debtor*

Date _____          Signature _____
                                                                                    *Joint Debtor (if any)*

--------------------------------------------------------------------------------------------------------------

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____          Signature _____

                                                                          _____
                                                                          Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets added

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

--------------------------------------------------------------------------------------------------------------

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
### (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1)  I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2)  I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Complete Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

_____          _____
*Signature of Bankruptcy Petition Preparer*          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document if the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
## Central District of California

| In re | Case No.: |
|-------|-----------|
| Debtor | Chapter: |

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

**Creditor's Name:** | **Describe Property Securing Debt:**

Property will be *(check one)*:
   ___ Surrendered       ___ Retained

If retaining the property, I intend to *(check at least one)*:
   ___ Redeem the property
   ___ Reaffirm the debt
   ___ Other. Explain_____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
   ___ Claimed as exempt       ___ Not claimed as exempt

---

Property No. 2 *(if necessary)*

**Creditor's Name:** | **Describe Property Securing Debt:**

Property will be *(check one)*:
   ___ Surrendered       ___ Retained

If retaining the property, I intend to *(check at least one)*:
   ___ Redeem the property
   ___ Reaffirm the debt
   ___ Other. Explain_____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
   ___ Claimed as exempt       ___ Not claimed as exempt

**PART B –** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br><br> YES ___        NO ___ |

| Property No. 2 (*if necessary*) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br><br> YES ___        NO ___ |

| Property No. 3 (*if necessary*) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br><br> YES ___        NO ___ |

_____ continuation sheets attached (*if any*)

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____

_____
Signature of Debtor

_____
Signature of Joint Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A -** Continuation

Property No. ___

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| | |

Property will be *(check one)*:
    ___ Surrendered        ___ Retained

If retaining the property, I intend to *(check at least one)*:
    ___ Redeem the property
    ___ Reaffirm the debt
    ___ Other.  Explain_____ (for example, avoid lien using 11U.S.C. § 522(f)).

Property is *(check one)*:
    ___ Claimed as exempt       ___ Not claimed as exempt

**PART B -** Continuation

Property No. ___

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): YES ___        NO ___ |
|---|---|---|
| | | |

Property No. ___

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): YES ___        NO ___ |
|---|---|---|
| | | |

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                                    1998 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: |
|---|---|
|  | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |
| Debtor. | |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $_____

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $_____

   Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $_____

2. The source of the compensation paid to me was:

   ❑ Debtor        ❑ Other *(specify)*

3. The source of compensation to be paid to me is:

   ❑ Debtor        ❑ Other *(specify)*

4. ❑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ❑ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e. [Other provisions as needed].

**Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor (1/88)**                    **1998 USBC, Central District of California**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services

<div style="border:1px solid black; padding:10px;">

# CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.


_____          _____

*Date*                                                    *Signature of Attorney*



_____

*Name of Law Firm*

</div>

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| *Attorney for* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | CHAPTER _____ |
|---|---|
| | CASE NUMBER |
| Debtor. | (No Hearing Required) |

## DECLARATION RE: LIMITED SCOPE OF APPEARANCE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1. I am the attorney for the Debtor in the above-captioned bankruptcy case.

2. On *(specify date)* _____, I agreed with the Debtor that for a fee of $_____, I would provide only the following services:

   a. ☐ Prepare and file the Petition and Schedules

   b. ☐ Represent the Debtor at the 341(a) Meeting

   c. ☐ Represent the Debtor in any relief from stay actions

   d. ☐ Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727

   e. ☐ Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523

   f. ☐ Other *(specify)*:

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth in the upper left-hand corner of this page.

Dated: _____

I HEREBY APPROVE THE ABOVE:

*Law Firm Name*

By: _____

_____

*Signature of Debtor*

Name: _____

*Attorney for Debtor*

---

*Rev. 1/01*  This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 2090-1.1**

February 2006                                    2006 USBC Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re | CHAPTER: |
|---|---|
| Debtor(s). | CASE NO.: |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
# PURSUANT  TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, _____, the debtor in this case, declare under penalty
        *(Print Name of Debtor)*

of perjury under the laws of the United States of America that:

☐   I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the
      60-day period prior to the date of the filing of my bankruptcy petition.
      (*NOTE:  the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐   I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
      no payment from any other employer.

☐   I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.


I, _____, the debtor in this case, declare under penalty of
        *(Print Name of Joint Debtor, if any)*

perjury under the laws of the United States of America that:

☐   I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for
      the 60-day period prior to the date of the filing of my bankruptcy petition.
      (*NOTE:  the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐   I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
      no payment from any other employer.

☐   I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.


Date _____        Signature _____
                                                                          *Debtor*


Date _____        Signature _____
                                                                          *Joint Debtor (if any)*

**Good Samaritan Hospital**

| NAME | NUMBER | SOCIAL SECURITY | PERIOD | | CHECK NO | CHECK DATE | EXEMPTIONS | FILING STATUS |
|------|--------|-----------------|--------|--|----------|------------|------------|---------------|
| RUIZ-MONTES DE OCA, DORA | 90996 | | 05/09/2010 - 05/22/2010 | | 00399221 | 05/28/2010 | Federal : 99 / State : 99 / | Married Married |

| | DESCRIPTION | HOURS | RATE | AMOUNT | YTD AMOUNT | | TYPE | DESCRIPTION | AMOUNT | YTD AMOUNT |
|--|-------------|-------|------|--------|------------|--|------|-------------|--------|------------|
| E | REG PAY | 39.30 | 23.43 | 921.19 | 14,068.70 | D | TAX | CAL TAX | | |
| A | CLBK OVT | 10.70 | 35.64 | 381.40 | 2,165.23 | E | TAX | FED TAX | | |
| R | PTO | 8.00 | 23.44 | 187.52 | 1,834.89 | D | TAX | FICA MED | 23.00 | 284.50 |
| N | ON CALL | 33.30 | 5.00 | 166.50 | 1,531.00 | U | TAX | CASDI | 17.45 | 215.83 |
| I | SHIFT 2 | 30.20 | 1.50 | 45.30 | 518.55 | C | TAX | FICA SS | 98.33 | 1,216.48 |
| N | SHIFT 3 | 1.70 | 2.00 | 3.40 | 3.40 | T | PRETAX | FLX DEP | 20.00 | 220.00 |
| G | OVERTIME | | | | 753.86 | I | PRETAX | FLX MDVO | 78.32 | 861.52 |
| S | SAT PREM | | | | 40.80 | O | PRETAX | UC DENTL | 18.46 | 203.06 |
| | SUN PREM | | | | 16.20 | N | PRETAX | VISION | 2.49 | 27.39 |
| | | | | | | S | AFTERTAX | FTNS CTR | 2.00 | 22.00 |
| | | | | | | | AFTERTAX | 401KLOAN | 69.56 | 695.60 |
| | | | | | | A | AFTERTAX | UDUESSEI | 22.17 | 314.74 |
| | | | | | | N | AFTERTAX | LTD BUY | 12.19 | 134.09 |
| | | | | | | D | AFTERTAX | P&A FAM | 7.52 | 82.72 |
| | | | | | | | AFTERTAX | SP LIFE | 1.44 | 15.84 |
| | | | | | | T | AFTERTAX | STD BUY | 1.50 | 16.50 |
| | | | | | | A | AFTERTAX | SUPP LIF | 11.78 | 129.58 |
| | | | | | | X | AFTERTAX | GFT SHOP | | 31.94 |
| | | | | | | E | | | | |
| | | | | | | S | | | | |

| | | GROSS PAY | TAXABLE PAY | NET PAY | DEDUCTIONS | TAX | PRETAX | COMPANY | AFTER TAX |
|--|--|-----------|-------------|---------|------------|-----|--------|---------|-----------|
| TOTALS EARNINGS | THIS PERIOD | 1,705.31 | 1,586.04 | 1,319.10 | | 138.78 | 119.27 | | 128.16 |
| | YEAR-TO-DATE | 20,932.63 | 19,620.66 | 16,460.84 | | | | | |

| | DESCRIPTION | ACCOUNT | AMOUNT | YTD AMOUNT | | DESCRIPTION | BALANCE | DESCRIPTION | BALANCE | DESCRIPTION | BALANCE |
|--|-------------|---------|--------|------------|--|-------------|---------|-------------|---------|-------------|---------|
| D | CHCKEFT | 000203102283 | 1,059.10 | | A | PTO | 14.8000 | | | | |
| I | SVNGSEFT | 5557700 | 260.00 | | C | SICK | 74.7000 | | | | |
| R | | | | | C | | | | | | |
| E | | | | | R | | | | | | |
| C | | | | | U | | | | | | |
| T | | | | | E | | | | | | |
| | | | | | D | | | | | | |
| D | | | | | | | | | | | |
| E | | | | | T | | | | | | |
| P | | | | | I | | | | | | |
| O | | | | | M | | | | | | |
| S | | | | | E | | | | | | |
| I | | | | | | | | | | | |
| T | | | | | | | | | | | |
| S | | | | | | | | | | | |

**Good Samaritan Hospital**
1225 Wilshire Blvd. Los Angeles, CA 90017

| DATE | RECEIPT NUMBER |
|------|----------------|
| 05/28/2010 | 00399221 |

| AMOUNT |
|--------|
| STAR STAR STAR STAR STAR STAR STAR STAR STAR STAR STAR STAR STAR ZERO PERIOD ZERO ZERO  0.00 |

AMOUNT DEPOSITED TO THE
ACCOUNT(S) LISTED ABOVE

| Proc. Level | Dept. | |
|-------------|-------|--|
| GSH | 7420 | 88 |

DEPOSITED IN THE ACCOUNT OF
DORA RUIZ-MONTES DE OCA
977 N CALMGROVE AVE
COVINA, CA 91724
United States of America

**DIRECT DEPOSIT ADVICE - NOT NEGOTIABLE**

**Good Samaritan Hospital**

| NAME | NUMBER | SOCIAL SECURITY | PERIOD | | CHECK NO | CHECK DATE | EXEMPTIONS / FILING STATUS |
|------|--------|-----------------|--------|--|----------|------------|----------------------------|
| RUIZ-MONTES DE OCA, DORA | 90996 | | 04/25/2010- 05/08/2010 | | 00397744 | 05/14/2010 | Federal: 99 / Married / State: 99 / Married |

| | DESCRIPTION | HOURS | RATE | AMOUNT | YTD AMOUNT | | TYPE | DESCRIPTION | AMOUNT | YTD AMOUNT |
|--|-------------|-------|------|--------|-----------|--|------|-------------|--------|-----------|
| E A R N I N G S | REG PAY | 44.70 | 23.44 | 1,047.77 | 13,147.51 | D E D U C T I O N S A N D T A X E S | TAX | CAL TAX | | |
| | PTO | 8.00 | 23.44 | 187.52 | 1,647.37 | | TAX | FED TAX | | |
| | ON CALL | 18.60 | 5.00 | 93.00 | 1,364.50 | | TAX | FICA MED | 19.40 | 261.50 |
| | CLBK OVT | 2.40 | 35.62 | 85.50 | 1,783.83 | | TAX | CASDI | 14.72 | 198.38 |
| | SHIFT 2 | 26.80 | 1.50 | 40.20 | 473.25 | | TAX | FICA SS | 82.98 | 1,118.15 |
| | SAT PREM | 2.40 | 1.50 | 3.60 | 40.80 | | PRETAX | FLX DEP | 20.00 | 200.00 |
| | OVERTIME | | | | 753.86 | | PRETAX | FLX MDVO | 78.32 | 783.20 |
| | SUN PREM | | | | 16.20 | | PRETAX | UC DENTL | 18.46 | 184.60 |
| | | | | | | | PRETAX | VISION | 2.49 | 24.90 |
| | | | | | | | AFTERTAX | FTNS CTR | 2.00 | 20.00 |
| | | | | | | | AFTERTAX | 401KLOAN | 69.56 | 626.04 |
| | | | | | | | AFTERTAX | UDUESSEI | 24.71 | 292.57 |
| | | | | | | | AFTERTAX | LTD BUY | 12.19 | 121.90 |
| | | | | | | | AFTERTAX | P&A FAM | 7.52 | 75.20 |
| | | | | | | | AFTERTAX | SP LIFE | 1.44 | 14.40 |
| | | | | | | | AFTERTAX | STD BUY | 1.50 | 15.00 |
| | | | | | | | AFTERTAX | SUPP LIF | 11.78 | 117.80 |
| | | | | | | | AFTERTAX | GFT SHOP | | 31.94 |

| | TOTALS EARNINGS | GROSS PAY | TAXABLE PAY | NET PAY | DEDUCTIONS | TAX | PRETAX | COMPANY | AFTER TAX |
|--|-----------------|-----------|-------------|---------|------------|-----|--------|---------|-----------|
| THIS PERIOD | | 1,457.59 | 1,338.32 | 1,090.52 | | 117.10 | 119.27 | | 130.70 |
| YEAR-TO-DATE | | 19,227.32 | 18,034.62 | 15,141.74 | | | | | |

| | DESCRIPTION ACCOUNT | AMOUNT | YTD AMOUNT | | DESCRIPTION | BALANCE | DESCRIPTION | BALANCE | DESCRIPTION | BALANCE |
|--|---------------------|--------|-----------|--|-------------|---------|-------------|---------|-------------|---------|
| D I R E C T D E P O S I T S | CHCKEFT 000203102283 | 830.52 | | A C C R U E D T I M E | PTO | 15.4200 | | | | |
| | SVNGSEFT 5557700 | 260.00 | | | SICK | 72.8500 | | | | |

## Good Samaritan Hospital

1225 Wilshire Blvd. Los Angeles, CA 90017

| DATE | RECEIPT NUMBER |
|------|----------------|
| 05/14/2010 | 00397744 |

| AMOUNT |
|--------|
| ★ ★ ★ ★ ★ ★ ★ ★ ★ 0.00 |
| STAR STAR STAR STAR STAR STAR STAR STAR ZERO PERIOD ZERO ZERO |

| | Proc. Level | Dept. | |
|--|-------------|-------|--|
| | GSH | 7420 | 86 |

AMOUNT DEPOSITED TO THE
ACCOUNT(S) LISTED ABOVE

**DEPOSITED IN THE ACCOUNT OF**
DORA RUIZ-MONTES DE OCA
977 N CALMGROVE AVE
COVINA, CA 91724
United States of America

**DIRECT DEPOSIT ADVICE - NOT NEGOTIABLE**

# Good Samaritan Hospital

| NAME | NUMBER | SOCIAL SECURITY | PERIOD | CHECK NO | CHECK DATE | EXEMPTIONS / FILING STATUS |
|---|---|---|---|---|---|---|
| RUIZ-MONTES DE OCA, DORA | 90996 | | 04/11/2010 - 04/24/2010 | 00396268 | 04/30/2010 | Federal: 99 /   Married<br>State: 99 /   Married |

### EARNINGS

| DESCRIPTION | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| REG PAY | 62.60 | 23.43 | 1,467.34 | 12,099.74 |
| CLBK OVT | 11.90 | 35.62 | 423.88 | 1,698.33 |
| ON CALL | 39.10 | 5.00 | 195.50 | 1,271.50 |
| PTO | 8.00 | 23.44 | 187.52 | 1,459.85 |
| SHIFT 2 | 36.60 | 1.50 | 54.90 | 433.05 |
| OVERTIME | 1.00 | 35.62 | 35.62 | 753.86 |
| SAT PREM | 9.50 | 1.50 | 14.25 | 37.20 |
| SUN PREM | | | | 16.20 |

### DEDUCTIONS AND TAXES

| TYPE | DESCRIPTION | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| TAX | CAL TAX | | |
| TAX | FED TAX | | |
| TAX | FICA MED | 32.77 | 242.10 |
| TAX | CASDI | 24.86 | 183.66 |
| TAX | FICA SS | 140.10 | 1,035.17 |
| PRETAX | FLX DEP | 20.00 | 180.00 |
| PRETAX | FLX MDVO | 78.32 | 704.88 |
| PRETAX | UC DENTL | 18.46 | 166.14 |
| PRETAX | VISION | 2.49 | 22.41 |
| AFTERTAX | FTNS CTR | 2.00 | 18.00 |
| AFTERTAX | 401KLOAN | 69.56 | 556.48 |
| AFTERTAX | UDUESSEI | 33.10 | 267.86 |
| AFTERTAX | LTD BUY | 12.19 | 109.71 |
| AFTERTAX | P&A FAM | 7.52 | 67.68 |
| AFTERTAX | SP LIFE | 1.44 | 12.96 |
| AFTERTAX | STD BUY | 1.50 | 13.50 |
| AFTERTAX | SUPP LIF | 11.78 | 106.02 |
| AFTERTAX | GFT SHOP | | 31.94 |

| | GROSS PAY | TAXABLE PAY | NET PAY | DEDUCTIONS | TAX | PRETAX | COMPANY | AFTER TAX |
|---|---|---|---|---|---|---|---|---|
| TOTALS EARNINGS<br>THIS PERIOD | 2,379.01 | 2,259.74 | 1,922.92 | | 197.73 | 119.27 | | 139.09 |
| YEAR-TO-DATE | 17,769.73 | 16,696.30 | 14,051.22 | | | | | |

### DIRECT DEPOSITS

| DESCRIPTION | ACCOUNT | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| CHCKEFT | 000203102283 | 1,662.92 | |
| SVNGSEFT | 5557700 | 260.00 | |

### ACCRUED TIME

| DESCRIPTION | BALANCE | DESCRIPTION | BALANCE | DESCRIPTION | BALANCE |
|---|---|---|---|---|---|
| PTO | 16.0400 | | | | |
| SICK | 71.0000 | | | | |



# Good Samaritan Hospital
1225 Wilshire Blvd. Los Angeles, CA 90017

| DATE | RECEIPT NUMBER |
|---|---|
| 04/30/2010 | 00396268 |

**AMOUNT**

******************0**00
STAR STAR STAR STAR STAR STAR STAR STAR STAR STAR STAR STAR ZERO PERIOD ZERO ZERO

AMOUNT DEPOSITED TO THE
ACCOUNT(S) LISTED ABOVE

| Proc. Level | Dept. | |
|---|---|---|
| GSH | 7420 | 86 |

**DEPOSITED**
**IN THE**
**ACCOUNT OF**

DORA RUIZ-MONTES DE OCA
977 N CALMGROVE AVE
COVINA, CA 91724
United States of America

## DIRECT DEPOSIT ADVICE - NOT NEGOTIABLE



| CITY OF LOS ANGELES | Pay Period Ending Date: | 06/05/10 | Advice No: | 0016783 |
| 200 N. Main Street, Suite 300 | Salary Aniversary Date: | 01/04/10 | Date: | 06/16/10 |
| Los Angeles, CA 90012 | Vacation Anniversary Date: | 06/10/26 | | |

| FERNIE DOMINGUEZ MONTES DE OCA<br>Employee ID | Department:<br>Division:<br>Class Code/Title:<br>MOU: | Tax Data | Federal | State |
| | | Marital Status | Married | |
| | | Allowances | 5 | 5 |
| | | Add'l Amount | | |

| EARNINGS AND OTHER COMPENSATION ||| TAXES AND RETIREMENT/PENSION |||| DEDUCTIONS ||||
|---|---|---|---|---|---|---|---|---|---|---|
| Hours | Description | Current | Description | Current | YTD | Cd | Description | Current | YTD |
| 80.00 | AMOUNT EARNED | 4,268.79 | FED TAX W/H | 365.70 | 4,504.07 | 37 | POL PROT DENT | 15.00 | 180.00 |
| | | | STATE TX W/H | 151.28 | 1,856.80 | 28 | POL CAL CARE | 0.00 | 0.00 |
| | *INCL IN AMT EARNED | | FICA MEDICARE | 61.68 | 744.98 | 43 | POLIC RLF INS | 17.12 | 205.44 |
| | CASH-IN_LIEU | | OASDI TAX | | | 46 | POL PROT INS | 0.00 | 0.00 |
| | OVERTIME | | PENSION/RETIREMENT | 373.90 | 4,468.02 | 47 | POL RLF DUES | 11.00 | 132.00 |
| | IOD | | PEN-RET-ADDL | | | 51 | POL PROT DUES | 46.42 | 549.63 |
| | BONUS | | P-S-T RET CON | | | 5K | POL PROT DIS. | 11.00 | 132.00 |
| | | | RET LRG ANNUITY | | | 64 | ACEBSA | 85.53 | 1,026.36 |
| | *INCLUDED IN NET PAY | | PEN MANDATORY | | | 83 | POLI CR UNION | 80.00 | 960.00 |
| | REIMB MILES | | RET DTH BENE | | | 84 | POL LEAG.CONTR | 11.00 | 132.00 |
| | PK/PH/CAR | | DEF COMP FEE | | | 98 | LAT AM LAW EN | 2.50 | 30.00 |
| | EIC | | GREAT-WEST | 150.00 | 1,800.00 | | | | |
| | RELOC/EDUC | | | | | | | | |
| | *YEAR-TO-DATE AMOUNT | | | | | | | | |
| | IOD | | | | | | | | |
| | REIMB MILES | | | | | | | | |
| | PK/PH/CAR | | | | | | | | |
| | **Gross Pay** | **4,268.79** | **Total Taxes & Ret/Pen** | **1,102.56** | **13,373.87** | | **Total Deductions** | **279.57** | **3,347.43** |

| TOTAL GROSS || IMPUTED INCOME | TOTAL TAXES & RET/PENS || TOTAL DEDUCTIONS || NET PAY |
|---|---|---|---|---|---|---|---|
| Current | 4,268.79 | | 1,102.56 | | 279.57 | | 2,886.66 |
| YTD | 51,558.24 | | 13,373.87 | | 3,347.43 | | |

| LEAVE BALANCE HOURS |||||||||||
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Vacation | Sick 100% | Sick 75% | Sick 50% | OT 1.5 | OT 1.0 | Float Hol | PersLv | CPTO | Reduced Hrs | Banked Excess SK |
| Prior Balance | 182 | 554 | 600 | 600 | 64 | 3 | | | | |
| Earned | | | | | | 5 | | | | |
| Used | | | | | 10 | | | | | |
| Adjusted | | | | | | | | | | |
| New Balance | 182 | 554 | 600 | 600 | 61 | 8 | | | | |

*Message:*

## IMPORTANT MESSAGE FOR CITY OF LOS ANGELES EMPLOYEES RECEIVING TEMPORARY DISABILITY BENEFITS

**WARNING:**  You are required to report to your employer or the insurance company any money that you have earned for work during the time covered by this check, and before cashing this check. If you do not follow these rules, you may be in violation of the law and the penalty may be jail or prison, a fine, and loss of benefits.

**ADVERTENCIA:**  Es necesario que usted le avise a su patrón o a su compañía de seguro todo dinero que usted ha ganado por trabajar, durante el tiempo cubierto por éste cheque, y antes de cambiar éste cheque. Si usted no sigue estos reglamentos, usted puede estar en violación de la ley y el castigo podría ser cárcel o prisión, una multa, y pérdida de beneficios.

---

| CITY OF LOS ANGELES<br>200 N. Main Street, Suite 300<br>Los Angeles, CA 90012 |  | Fund 825<br>General Payroll/Reimbursement | Date: 06/16/10 | Advice No. 0016783 |

DEPOSIT    TWO THOUSAND EIGHT HUNDRED EIGHTY-SIX AND 66/100 *********************************    DOLLARS ****$    2,886.66

# N O N - N E G O T I A B L E

| To the<br>Account of | | PPE 06/05/10 | Account No. | XXXXXXXXXXXXXXXX |
| | FERNIE DOMINGUEZ MONTES DE OCA | | | |

THANK YOU FOR BEING ON DIRECT DEPOSIT
For questions regarding your direct deposit call (213)978-7459 or 978-7404
The amount shown above has been direct deposited to your account

**Wendy J. Greuel**
Controler of the City of Los Angeles

Copyright © 2007-2008  City of Los Angeles    [1.2.2.0]

| CITY OF LOS ANGELES<br>200 N. Main Street, Suite 300<br>Los Angeles, CA 90012 | Pay Period Ending Date:<br>Salary Aniversary Date:<br>Vacation Anniversary Date: | 05/22/10<br>01/04/10<br>06/10/26 | Advice No:<br>Date: | 0016813<br>06/02/10 |

| FERNIE DOMINGUEZ MONTES DE OCA<br>Employee ID | Department:<br>Division:<br>Class Code/Title: POLICE SERGEANT I<br>MOU: 24 POLICE OFFICERS | Tax Data | Federal | State |
| | | Marital Status | Married | |
| | | Allowances | 5 | 5 |
| | | Add'l Amount | | |

| EARNINGS AND OTHER COMPENSATION | | | TAXES AND RETIREMENT/PENSION | | | DEDUCTIONS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Hours | Description | Current | Description | Current | YTD | Cd | Description | Current | YTD |
| 80.00 | AMOUNT EARNED | 4,348.83 | FED TAX W/H | 385.71 | 4,138.37 | 37 | POL PROT DENT | 15.00 | 165.00 |
| | *INCL. IN AMT EARNED | | STATE TX W/H | 158.55 | 1,705.62 | 28 | POL CAL CARE | 0.00 | 0.00 |
| | CASH-IN_LIEU | | FICA MEDICARE | 62.84 | 683.30 | 43 | POLIC RLF INS | 17.12 | 188.32 |
| 1.50 | OVERTIME | 80.04 | OASDI TAX | | | 46 | POL PROT INS | 0.00 | 0.00 |
| | IOD | | PENSION/RETIREMENT | 373.90 | 4,094.12 | 47 | POL RLF DUES | 11.00 | 121.00 |
| | BONUS | | PEN-RET-ADDL | | | 51 | POL PROT DUES | 46.42 | 503.21 |
| | | | P-S-T RET CON | | | 5K | POL PROT DIS. | 11.00 | 121.00 |
| | *INCLUDED IN NET PAY | | RET LRG ANNUITY | | | 64 | ACEBSA | 85.53 | 940.83 |
| | REIMB MILES | | PEN MANDATORY | | | 83 | POLI CR UNION | 80.00 | 880.00 |
| | PK/PH/CAR | | RET DTH BENE | | | 84 | POL LEAG.CONTR | 11.00 | 121.00 |
| | EIC | | DEF COMP FEE | | | 98 | LAT AM LAW EN | 2.50 | 27.50 |
| | RELOC/EDUC | | GREAT-WEST | 150.00 | 1,650.00 | | | | |
| | *YEAR-TO-DATE AMOUNT | | | | | | | | |
| | IOD | | | | | | | | |
| | REIMB MILES | | | | | | | | |
| | PK/PH/CAR | | | | | | | | |
| | **Gross Pay** | 4,348.83 | **Total Taxes & Ret/Pen** | 1,131.00 | 12,271.31 | | **Total Deductions** | 279.57 | 3,067.86 |

| TOTAL GROSS | | IMPUTED INCOME | TOTAL TAXES & RET/PENS | | TOTAL DEDUCTIONS | | NET PAY |
|---|---|---|---|---|---|---|---|
| Current | 4,348.83 | | 1,131.00 | | 279.57 | | 2,938.26 |
| YTD | 47,289.45 | | 12,271.31 | | 3,067.86 | | |

| LEAVE BALANCE HOURS | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Vacation | Sick 100% | Sick 75% | Sick 50% | OT 1.5 | OT 1.0 | Float Hol | PersLv | CPTO | Reduced Hrs | Banked Excess SK |
| Prior Balance | 182 | 554 | 600 | 600 | 56 | 3 | | | | | |
| Earned | | | | | 9 | | | | | | |
| Used | | | | | 1 | | | | | | |
| Adjusted | | | | | | | | | | | |
| New Balance | 182 | 554 | 600 | 600 | 64 | 3 | | | | | |

Message:

## IMPORTANT MESSAGE FOR CITY OF LOS ANGELES EMPLOYEES RECEIVING TEMPORARY DISABILITY BENEFITS

**WARNING:**    You are required to report to your employer or the insurance company any money that you have earned for work during the time covered by this check, and before cashing this check. If you do not follow these rules, you may be in violation of the law and the penalty may be jail or prison, a fine, and loss of benefits.

**ADVERTENCIA:**    Es necesario que usted le avise a su patrón o a su compañía de seguro todo dinero que usted ha ganado por trabajar, durante el tiempo cubierto por éste cheque, y antes de cambiar éste cheque. Si usted no sigue estos reglamentos, usted puede estar en violación de la ley y el castigo podría ser cárcel o prisión, una multa, y pérdida de beneficios.



CITY OF LOS ANGELES
200 N. Main Street, Suite 300
Los Angeles, CA 90012

Fund 825
General Payroll/Reimbursement

Date: 06/02/10                Advice No. 0016813

**DEPOSIT**    TWO THOUSAND NINE HUNDRED THIRTY-EIGHT AND 26/100 ****************************    **DOLLARS ****$**    2,938.26

# NON - NEGOTIABLE

To the
Account of    Dept    Div    PPE 05/22/10    Account No.    XXXXXXXXXXXXXXXX
FERNIE DOMINGUEZ MONTES DE OCA

THANK YOU FOR BEING ON DIRECT DEPOSIT
For questions regarding your direct deposit call (213)978-7459 or 978-7404
The amount shown above has been direct-deposited to your account.

**Wendy J. Greuel**
Controller of the City of Los Angeles

Copyright © 2007-2008  City of Los Angeles    [1.2.2.0]



**CITY OF LOS ANGELES**
200 N. Main Street, Suite 300
Los Angeles, CA 90012

| | | |
|---|---|---|
| Pay Period Ending Date: | 05/08/10 | Advice No: 0016968 |
| Salary Aniversary Date: | 01/04/10 | Date: 05/19/10 |
| Vacation Anniversary Date: | 06/10/26 | |

FERNIE DOMINGUEZ MONTES DE OCA
Employee ID: XXXXX

| Department: | | Tax Data | Federal | State |
|---|---|---|---|---|
| Division: | | Marital Status | Married | |
| Class Code/Title: | | Allowances | 5 | 5 |
| MOU: | | Add'l Amount | | |

| EARNINGS AND OTHER COMPENSATION | | | TAXES AND RETIREMENT/PENSION | | | | DEDUCTIONS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Hours | Description | Current | Description | Current | YTD | Cd | Description | Current | YTD | |
| 80.00 | AMOUNT EARNED | 4,268.79 | FED TAX W/H | 365.70 | 3,752.66 | 37 | POL PROT DENT | 15.00 | 150.00 | |
| | | | STATE TAX W/H | 151.28 | 1,546.97 | 28 | POL CAL CARE | 0.00 | 0.00 | |
| | *INCL. IN AMT EARNED | | FICA MEDICARE | 61.68 | 620.46 | 43 | POLIC RLF INS | 17.12 | 171.20 | |
| | CASH-IN_LIEU | | OASDI TAX | | | 46 | POL PROT INS | 0.00 | 0.00 | |
| | OVERTIME | | PENSION/RETIREMENT | 373.90 | 3,720.22 | 47 | POL RLF DUES | 11.00 | 110.00 | |
| | IOD | | PEN-RET-ADDL | | | 51 | POL PROT DUES | 46.42 | 456.79 | |
| | BONUS | | P-S-T RET CON | | | 5K | POL PROT DIS. | 11.00 | 110.00 | |
| | | | RET LRG ANNUITY | | | 64 | ACEBSA | 85.53 | 855.30 | |
| | *INCLUDED IN NET PAY | | PEN MANDATORY | | | 83 | POLI CR UNION | 80.00 | 800.00 | |
| | REIMB MILES | | RET DTH BENE | | | 84 | POL LEAG.CONTR | 11.00 | 110.00 | |
| | PK/PH/CAR | | DEF COMP FEE | | | 98 | LAT AM LAW EN | 2.50 | 25.00 | |
| | EIC | | GREAT-WEST | 150.00 | 1,500.00 | | | | | |
| | RELOC/EDUC | | | | | | | | | |
| | *YEAR-TO-DATE AMOUNT | | | | | | | | | |
| | IOD | | | | | | | | | |
| | REIMB MILES | | | | | | | | | |
| | PK/PH/CAR | | | | | | | | | |
| | **Gross Pay** | 4,268.79 | **Total Taxes & Ret/Pen** | 1,102.56 | 11,140.31 | | **Total Deductions** | 279.57 | 2,788.29 | |

| TOTAL GROSS | | IMPUTED INCOME | | TOTAL TAXES & RET/PENS | | TOTAL DEDUCTIONS | | NET PAY | |
|---|---|---|---|---|---|---|---|---|---|
| Current | 4,268.79 | | | 1,102.56 | | 279.57 | | 2,886.66 | |
| YTD | 42,940.62 | | | 11,140.31 | | 2,788.29 | | | |

| LEAVE BALANCE HOURS | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Vacation | Sick 100% | Sick 75% | Sick 50% | OT 1.5 | OT 1.0 | Float Hol | PersLv | CPTO | Reduced Hrs | Banked Excess SK |
| Prior Balance | 182 | 554 | 600 | 600 | 47 | 3 | | | | | |
| Earned | | | | | 9 | | | | | | |
| Used | | | | | | | | | | | |
| Adjusted | | | | | | | | | | | |
| New Balance | 182 | 554 | 600 | 600 | 56 | 3 | | | | | |

**Message:**    HOPE FOR FIREFIGHTERS 6/3 - 11:30 - 2:30PM, INFO WWW.LAFRA.ORG.

**IMPORTANT MESSAGE FOR CITY OF LOS ANGELES EMPLOYEES RECEIVING TEMPORARY DISABILITY BENEFITS**

**WARNING:**    You are required to report to your employer or the insurance company any money that you have earned for work during the time covered by this check, and before cashing this check. If you do not follow these rules, you may be in violation of the law and the penalty may be jail or prison, a fine, and loss of benefits.

**ADVERTENCIA:**    Es necesario que usted le avise a su patrón o a su compañía de seguro todo dinero que usted ha ganado por trabajar, durante el tiempo cubierto por éste cheque, y antes de cambiar éste cheque. Si usted no sigue estos reglamentos, usted puede estar en violación de la ley y el castigo podría ser cárcel o prisión, una multa, y pérdida de beneficios.

CITY OF LOS ANGELES
200 N. Main Street, Suite 300
Los Angeles, CA 90012

Fund 825
General Payroll/Reimbursement

**Date:** 05/19/10        **Advice No.** 0016968

**DEPOSIT**    TWO THOUSAND EIGHT HUNDRED EIGHTY-SIX AND 66/100 ************************        **DOLLARS ****$    2,886.66**

# NON - NEGOTIABLE

To the
Account of    FERNIE DOMINGUEZ MONTES DE OCA        Div 010        PPE 05/08/10        **Account No.**    XXXXXXXXXXXXXXXX

THANK YOU FOR BEING ON DIRECT DEPOSIT
For questions regarding your direct deposit call (213)978-7459 or 978-7404
The amount shown above has been direct deposited to your account

**Wendy J. Greuel**
Controller of the City of Los Angeles

Copyright © 2007-2008  City of Los Angeles    [1.2.2.0]



**CITY OF LOS ANGELES**
200 N. Main Street, Suite 300
Los Angeles, CA 90012

| Pay Period Ending Date: | 04/24/10 | Advice No: | 0016964 |
|---|---|---|---|
| Salary Aniversary Date: | 01/04/10 | Date: | 05/05/10 |
| Vacation Anniversary Date: | 06/10/10 | | |

| FERNIE DOMINGUEZ MONTES DE OCA | Department: | | Tax Data | Federal | State |
|---|---|---|---|---|---|
| Employee ID: | Division: | | Marital Status | Married | |
| | Class Code/Title: | POLICE OFFICERS II | Allowances | 5 | 5 |
| | MOU: | | Add'l Amount | | |

| EARNINGS AND OTHER COMPENSATION | | | TAXES AND RETIREMENT/PENSION | | | | DEDUCTIONS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Hours | Description | Current | Description | Current | YTD | Cd | Description | Current | YTD | |
| 80.00 | AMOUNT EARNED | 4,268.79 | FED TAX W/H | 366.70 | 3,386.96 | 37 | POL PROT DENT | 15.00 | 135.00 | |
| | *INCL. IN AMT EARNED | | STATE TX W/H | 151.28 | 1,395.69 | 28 | POL CAL CARE | 0.00 | 0.00 | |
| | CASH-IN_LIEU | | FICA MEDICARE | 61.68 | 558.78 | 43 | POLIC RLF INS | 17.12 | 154.08 | |
| | OVERTIME | | OASDI TAX | | | 46 | POL PROT INS | 0.00 | 0.00 | |
| | IOD | | PENSION/RETIREMENT | 373.90 | 3,346.32 | 47 | POL RLF DUES | 11.00 | 99.00 | |
| | BONUS | | PEN-RET-ADDL | | | 51 | POL PROT DUES | 46.42 | 410.37 | |
| | | | P-S-T RET CON | | | 5K | POL PROT DIS. | 11.00 | 99.00 | |
| | *INCLUDED IN NET PAY | | RET LRG ANNUITY | | | 64 | ACEBSA | 85.53 | 769.77 | |
| | REIMB MILES | | PEN MANDATORY | | | 83 | POLI CR UNION | 80.00 | 720.00 | |
| | PK/PH/CAR | | RET DTH BENE | | | 84 | POL LEAG.CONTR | 11.00 | 99.00 | |
| | EIC | | DEF COMP FEE | | | 98 | LAT AM LAW EN | 2.50 | 22.50 | |
| | RELOC/EDUC | | GREAT-WEST | 150.00 | 1,350.00 | | | | | |
| | | | | | | | | | | |
| | *YEAR-TO-DATE AMOUNT | | | | | | | | | |
| | IOD | | | | | | | | | |
| | REIMB MILES | | | | | | | | | |
| | PK/PH/CAR | | | | | | | | | |
| | Gross Pay | 4,268.79 | Total Taxes & Ret/Pen | 1,102.56 | 10,037.75 | | Total Deductions | 279.57 | 2,508.72 | |

| TOTAL GROSS | | IMPUTED INCOME | | TOTAL TAXES & RET/PENS | | TOTAL DEDUCTIONS | | NET PAY | |
|---|---|---|---|---|---|---|---|---|---|
| Current | 4,268.79 | | | | 1,102.56 | | 279.57 | | 2,886.66 |
| YTD | 38,671.83 | | | | 10,037.75 | | 2,508.72 | | |

| LEAVE BALANCE HOURS | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Vacation | Sick 100% | Sick 75% | Sick 50% | OT 1.5 | OT 1.0 | Float Hol | PersLv | CPTO | Reduced Hrs | Banked Excess SK |
| Prior Balance Earned | 192 | 554 | 600 | 600 | 47 | 3 | | | | | |
| Used | 10 | | | | | | | | | | |
| Adjusted | | | | | | | | | | | |
| New Balance | 182 | 554 | 600 | 600 | 47 | 3 | | | | | |

| Message: | FIRE SERVICE DAY OPEN HOUSE - MAY 8 VISIT YOUR LOCAL FIRE STATION |
|---|---|

**IMPORTANT MESSAGE FOR CITY OF LOS ANGELES EMPLOYEES RECEIVING TEMPORARY DISABILITY BENEFITS**

**WARNING:**    You are required to report to your employer or the insurance company any money that you have earned for work during the time covered by this check, and before cashing this check. If you do not follow these rules, you may be in violation of the law and the penalty may be jail or prison, a fine, and loss of benefits.

**ADVERTENCIA:**    Es necesario que usted le avise a su patrón o a su compañía de seguro todo dinero que usted ha ganado por trabajar, durante el tiempo cubierto por éste cheque, y antes de cambiar éste cheque. Si usted no sigue estos reglamentos, usted puede estar en violación de la ley y el castigo podría ser cárcel o prisión, una multa, y pérdida de beneficios.

---

CITY OF LOS ANGELES
200 N. Main Street, Suite 300
Los Angeles, CA 90012



Fund 825
General Payroll/Reimbursement

Date: 05/05/10          Advice No. 0016964

**DEPOSIT**    TWO THOUSAND EIGHT HUNDRED EIGHTY-SIX AND 66/100 *********************************          **DOLLARS ****$**          2,886.66

# NON - NEGOTIABLE

To the
Account of    FERNIE DOMINGUEZ MONTES DE OCA          Account No.    XXXXXXXXXXXXXXXX

THANK YOU FOR BEING ON DIRECT DEPOSIT
For questions regarding your direct deposit call (213)978-7459 or 978-7404
The amount shown above has been direct deposited to your account.

**Wendy J. Greuel**
Controller of the City of Los Angeles

Copyright © 2007-2008  City of Los Angeles    [1.2.2.0]

**CITY OF LOS ANGELES**
200 N. Main Street, Suite 300
Los Angeles, CA 90012

| Pay Period Ending Date: | 04/10/10 | Advice No: | 0017205 |
|---|---|---|---|
| Salary Aniversary Date: | 01/04/10 | Date: | 04/21/10 |
| Vacation Anniversary Date: | 06/10/26 | | |

FERNIE DOMINGUEZ MONTES DE OCA
Employee ID:

| Department: | | Tax Data | Federal | State |
|---|---|---|---|---|
| Division: | | Marital Status | Married | |
| Class Code/Title: | | Allowances | 5 | 5 |
| MOU: | | Add'l Amount | | |

| EARNINGS AND OTHER COMPENSATION | | | TAXES AND RETIREMENT/PENSION | | | DEDUCTIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Hours | Description | Current | Description | Current | YTD | Cd | Description | Current | YTD | |
| 80.00 | AMOUNT EARNED | 4,268.79 | FED TAX W/H | 365.70 | 3,021.26 | 37 | POL PROT DENT | 15.00 | 120.00 | |
| | *INCL. IN AMT EARNED | | STATE TX W/H | 151.28 | 1,244.41 | 28 | POL CAL CARE | 0.00 | 0.00 | |
| | CASH-IN_LIEU | | FICA MEDICARE | 61.68 | 497.10 | 43 | POLIC RLF INS | 17.12 | 136.96 | |
| | OVERTIME | | OASDI TAX | | | 46 | POL PROT INS | 0.00 | 0.00 | |
| | IOD | | PENSION/RETIREMENT | 373.90 | 2,972.42 | 47 | POL RLF DUES | 11.00 | 88.00 | |
| | BONUS | | PEN-RET-ADDL | | | 51 | POL PROT DUES | 46.42 | 363.95 | |
| | *INCLUDED IN NET PAY | | P-S-T RET CON | | | 5K | POL PROT DIS. | 11.00 | 88.00 | |
| | REIMB MILES | | RET LRG ANNUITY | | | 64 | ACEBSA | 85.53 | 684.24 | |
| | PK/PH/CAR | | PEN MANDATORY | | | 83 | POLI CR UNION | 80.00 | 640.00 | |
| | EIC | | RET DTH BENE | | | 84 | POL LEAG.CONTR | 11.00 | 88.00 | |
| | RELOC/EDUC | | DEF COMP FEE | | | 98 | LAT AM LAW EN | 2.50 | 20.00 | |
| | | | GREAT-WEST | 150.00 | 1,200.00 | | | | | |
| | *YEAR-TO-DATE AMOUNT | | | | | | | | | |
| | IOD | | | | | | | | | |
| | REIMB MILES | | | | | | | | | |
| | PK/PH/CAR | | | | | | | | | |
| | **Gross Pay** | 4,268.79 | **Total Taxes & Ret/Pen** | 1,102.56 | 8,935.19 | | **Total Deductions** | 279.57 | 2,229.15 | |

| TOTAL GROSS | | IMPUTED INCOME | TOTAL TAXES & RET/PENS | | TOTAL DEDUCTIONS | | NET PAY | |
|---|---|---|---|---|---|---|---|---|
| Current | 4,268.79 | | 1,102.56 | | 279.57 | | 2,886.66 | |
| YTD | 34,403.04 | | 8,935.19 | | 2,229.15 | | | |

| LEAVE BALANCE HOURS | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Vacation | Sick 100% | Sick 75% | Sick 50% | OT 1.5 | OT 1.0 | Float Hol | PersLv | CPTO | Reduced Hrs | Banked Excess SK |
| Prior Balance | 192 | 564 | 600 | 600 | 47 | 3 | | | | | |
| Earned | | | | | | | | | | | |
| Used | | 10 | | | | | | | | | |
| Adjusted | | | | | | | | | | | |
| New Balance | 192 | 554 | 600 | 600 | 47 | 3 | | | | | |

Message:

## IMPORTANT MESSAGE FOR CITY OF LOS ANGELES EMPLOYEES RECEIVING TEMPORARY DISABILITY BENEFITS

**WARNING:**   You are required to report to your employer or the insurance company any money that you have earned for work during the time covered by this check, and before cashing this check. If you do not follow these rules, you may be in violation of the law and the penalty may be jail or prison, a fine, and loss of benefits.

**ADVERTENCIA:**   Es necesario que usted le avise a su patrón o a su compañía de seguro todo dinero que usted ha ganado por trabajar, durante el tiempo cubierto por éste cheque, y antes de cambiar éste cheque. Si usted no sigue estos reglamentos, usted puede estar en violación de la ley y el castigo podría ser cárcel o prisión, una multa, y pérdida de beneficios.

CITY OF LOS ANGELES
200 N. Main Street, Suite 300
Los Angeles, CA 90012



Fund 825
General Payroll/Reimbursement

Date: 04/21/10          Advice No. 0017205

DEPOSIT    TWO THOUSAND EIGHT HUNDRED EIGHTY-SIX AND 66/100 *********************************          DOLLARS ****$    2,886.66

# N O N - N E G O T I A B L E

To the
Account of    FERNIE DOMINGUEZ MONTES DE OCA          Account No.    XXXXXXXXXXXXXXXX

THANK YOU FOR BEING ON DIRECT DEPOSIT
For questions regarding your direct deposit call (213)978-7459 or 978-7404          **Wendy J. Greuel**
The amount shown above has been direct deposited to your account          Controller of the City of Los Angeles

Copyright © 2007-2008  City of Los Angeles    [1.2.2.0]



**CITY OF LOS ANGELES**
200 N. Main Street, Suite 300
Los Angeles, CA 90012

| | |
|---|---|
| Pay Period Ending Date: | 03/27/10 |
| Salary Aniversary Date: | 01/04/10 |
| Vacation Anniversary Date: | 06/10/26 |

| | |
|---|---|
| Advice No: | 0017225 |
| Date: | 04/07/10 |

FERNIE DOMINGUEZ MONTES DE OCA
Employee ID:

| Department: | |
|---|---|
| Division: | |
| Class Code/Title: | |
| MOU: | |

| Tax Data | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 5 | 5 |
| Add'l Amount | | |

### EARNINGS AND OTHER COMPENSATION

| Hours | Description | Current |
|---|---|---|
| 80.00 | AMOUNT EARNED | 4,268.79 |
| | *INCL IN AMT EARNED | |
| | CASH-IN_LIEU | |
| | OVERTIME | |
| | IOD | |
| | BONUS | |
| | *INCLUDED IN NET PAY | |
| | REIMB MILES | |
| | PK/PH/CAR | |
| | EIC | |
| | RELOC/EDUC | |
| | *YEAR-TO-DATE AMOUNT | |
| | IOD | |
| | REIMB MILES | |
| | PK/PH/CAR | |

### TAXES AND RETIREMENT/PENSION

| Description | Current | YTD |
|---|---|---|
| FED TAX W/H | 366.70 | 2,655.56 |
| STATE TX W/H | 151.28 | 1,093.13 |
| FICA MEDICARE | 61.68 | 435.42 |
| OASDI TAX | | |
| PENSION/RETIREMENT | 373.90 | 2,598.52 |
| PEN-RET-ADDL | | |
| P-S-T RET CON | | |
| RET LRG ANNUITY | | |
| PEN MANDATORY | | |
| RET DTH BENE | | |
| DEF COMP FEE | | |
| GREAT-WEST | 150.00 | 1,050.00 |

### DEDUCTIONS

| Cd | Description | Current | YTD |
|---|---|---|---|
| 37 | POL PROT DENT | 15.00 | 105.00 |
| 28 | POL CAL CARE | 0.00 | 0.00 |
| 43 | POLIC RLF INS | 17.12 | 119.84 |
| 46 | POL PROT INS | 0.00 | 0.00 |
| 51 | POL RLF DUES | 11.00 | 77.00 |
| 51 | POL PROT DUES | 45.42 | 317.63 |
| 5K | POL PROT DIS. | 11.00 | 77.00 |
| 64 | ACEBSA | 85.53 | 598.71 |
| 83 | POLI CR UNION | 80.00 | 560.00 |
| 84 | POL LEAG.CONTR | 11.00 | 77.00 |
| 98 | LAT AM LAW EN | 2.50 | 17.50 |

| | Gross Pay | 4,268.79 | | Total Taxes & Ret/Pen | 1,102.56 | 7,832.63 | | Total Deductions | 279.57 | 1,949.58 |
|---|---|---|---|---|---|---|---|---|---|---|

| | TOTAL GROSS | IMPUTED INCOME | TOTAL TAXES & RET/PENS | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 4,268.79 | | 1,102.56 | 279.57 | 2,886.66 |
| YTD | 30,134.25 | | 7,832.63 | 1,949.58 | |

### LEAVE BALANCE HOURS

| Description | Vacation | Sick 100% | Sick 75% | Sick 50% | OT 1.5 | OT 1.0 | Float Hol | PersLv | CPTO | Reduced Hrs | Banked Excess SK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Prior Balance | 192 | 564 | 600 | 600 | 47 | 3 | | | | | |
| Earned | | | | | | | | | | | |
| Used | | | | | | | | | | | |
| Adjusted | | | | | | | | | | | |
| New Balance | 192 | 564 | 600 | 600 | 47 | 3 | | | | | |

**Message:**

## IMPORTANT MESSAGE FOR CITY OF LOS ANGELES EMPLOYEES RECEIVING TEMPORARY DISABILITY BENEFITS

**WARNING:** You are required to report to your employer or the insurance company any money that you have earned for work during the time covered by this check, and before cashing this check. If you do not follow these rules, you may be in violation of the law and the penalty may be jail or prison, a fine, and loss of benefits.

**ADVERTENCIA:** Es necesario que usted le avise a su patrón o a su compañía de seguro todo dinero que usted ha ganado por trabajar, durante el tiempo cubierto por éste cheque, y antes de cambiar éste cheque. Si usted no sigue estos reglamentos, usted puede estar en violación de la ley y el castigo podría ser cárcel o prisión, una multa, y pérdida de beneficios.

CITY OF LOS ANGELES
200 N. Main Street, Suite 300
Los Angeles, CA 90012



Fund 825
General Payroll/Reimbursement

Date: 04/07/10                Advice No. 0017225

DEPOSIT    TWO THOUSAND EIGHT HUNDRED EIGHTY-SIX AND 66/100 *********************

DOLLARS ****$    2,886.66

# N O N - N E G O T I A B L E

To the
Account of    FERNIE DOMINGUEZ MONTES DE OCA

Account No.    XXXXXXXXXXXXXXXX

THANK YOU FOR BEING ON DIRECT DEPOSIT
For questions regarding your direct deposit call (213)978-7459 or 978-7404
The amount shown above has been direct deposited to your account

**Wendy J. Greuel**
Controller of the City of Los Angeles

Copyright © 2007-2008  City of Los Angeles    [1.2.2.0]

**Form B22A (Chapter 7) (04/10**

| In re: | | Case No.: |
|---|---|---|
| | Debtor. | (If known) |

> According to the calculations required by this statement:
> ☐ **The presumption arises.**
> ☐ **The presumption does not arise.**
> ☐ **The presumption is temporarily inapplicable.**
> (Check the box as directed in Part I, III, and VI of this statement)

# STATEMENT OF CURRENT MONTHLY INCOME AND MEANS TEST CALCULATION
# FOR USE IN CHAPTER 7

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement. Joint debtors may complete one statement only.

## Part I.  MILITARY AND NON-CONSUMER DEBTORS

**1. A**

**Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.

☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. § 901(1)).

**1. B**

**Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.

☐ Declaration of non-consumer debts. By checking this box, I declare that my debts are not primarily consumer debts.

**1.C**

**Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**

☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard

    a. ☐   I was called to active duty after September 11, 2001, for a period of at least 90 days and
        ☐   I remain on active duty /or/
        ☐   I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;

           OR

    b. ☐   I am performing homeland defense activity for a period of at least 90 days /or/
        ☐   I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed.

## Part II.  CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

**2.**

**Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.
a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**
b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code."
**Complete only Column A ("Debtor's Income") for Lines 3-11.**
c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B (Spouse's Income) for Lines 3-11.**
d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**

| | | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| 3. | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |
| 4. | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment.  Do not enter a number less than zero.  **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | |

| | | | |
|---|---|---|---|
| | a. | Gross receipts | $ |
| | b. | Ordinary and necessary operating expenses | $ |
| | c. | Business income | Subtract Line b from Line a |

| | | Column A | Column B |
|---|---|---|---|
| 4 (cont.) | | $ | $ |
| 5. | **Rent and other real property income.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5.  Do not enter a number less than zero.  **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | |

| | | | |
|---|---|---|---|
| | a. | Gross receipts | $ |
| | b. | Ordinary and necessary operating expenses | $ |
| | c. | Rental income | Subtract Line b from Line a |

| | | Column A | Column B |
|---|---|---|---|
| 5 (cont.) | | $ | $ |
| 6. | **Interest, dividends and royalties.** | $ | $ |
| 7. | **Pension and retirement income.** | $ | $ |
| 8. | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.**  Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ | $ |
| 9. | **Unemployment compensation.**  Enter the amount in the appropriate column(s) of Line 9.  However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act    Debtor $ _____   Spouse $ _____ | $ | $ |
| 10. | **Income from all other sources.**  Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.**  Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |

| | | | |
|---|---|---|---|
| | a. | | $ |
| | b. | | $ |

| | | Column A | Column B |
|---|---|---|---|
| 10 (cont.) | Total and enter on Line 10 | $ | $ |
| 11. | **Subtotal of Current Monthly Income for § 707(b)(7).**  Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B.  Enter the total(s). | $ | $ |
| 12. | **Total Current Monthly Income for § 707(b)(7).**  If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | $ | |

| | Part III.  APPLICATION OF § 707(b)(7) EXCLUSION | |
|---|---|---|
| 13. | **Annualized Current Monthly Income for § 707(b)(7).**  Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
| 14. | **Applicable median family income.**  Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br>a. Enter debtor's state of residence: _____   b. Enter debtor's household size: _____ | $ |

| 15. | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br>☐ The amount on Line 13 is less than or equal to the amount on Line 14. Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br>☐ The amount on Line 13 is more than the amount on Line 14. Complete the remaining parts of this statement. | $ |

### Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)

| | **Part IV.  CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)** | |
|---|---|---|
| 16. | Enter the amount from Line 12. | $ |
| 17. | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose.  If necessary, list additional adjustments on a separate page.  If you did not check box at Line 2.c, enter zero. | |

| | a. | | $ |
|---|---|---|---|
| | b. | | $ |
| | c. | | $ |

| | Total and enter on Line 17. | $ |
|---|---|---|
| 18. | **Current monthly income for § 707(b)(2).**  Subtract Line 17 from Line 16 and enter the result. | $ |

| | **Part V.  CALCULATION OF DEDUCTIONS FROM INCOME** | |
|---|---|---|
| | **Subpart A:  Deductions under Standards of the Internal Revenue Service (IRS)** | |
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 19B | **National Standards: health care.**  Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older.  (The total number of household members must be the same as the number stated in Line 14b.)  Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1.  Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2.  Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | |

| Household members under 65 years of age | | Household members 65 years of age or older | |
|---|---|---|---|
| a1. | Allowance per member | a2. | Allowance per member |
| b1. | Number of members | b2. | Number of members |
| c1. | Subtotal | c2. | Subtotal |

$ (Line 19B)

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $ |
|---|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.**  Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B.  **Do not enter an amount less than zero.** | |

| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. |

$ (Line 20B)

| 21. | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below:<br><br>——————————————————————————<br>——————————————————————————<br>—————————————————————————— | $ |
|---|---|---|

| 22A. | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br>☐ 0   ☐ 1   ☐ 2 or more.<br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation.  If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region.  (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| 22B. | **Local Standards:  transportation; additional public transportation expense.**  If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| 23. | **Local Standards: transportation ownership/lease expense; Vehicle 1.**  Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br>☐ 1   ☐ 2 or more.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23.  **Do not enter an amount less than zero.** |  |

| | a. | IRS Transportation Standards, Ownership Costs | $ | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ |

| 24. | **Local Standards: transportation ownership/lease expense; Vehicle 2**.  Complete this Line only if you checked the "2 or more" Box in Line 23.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24.  **Do not enter an amount less than zero.** |  |

| | a. | IRS Transportation Standards, Ownership Costs | $ | |
| | b. | Average Monthly Payments for debts secured by Vehicle 2, if any, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ |

| 25. | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self-employment taxes, social-security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |

| 26. | **Other Necessary Expenses:  involuntary deductions for employment.**  Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs.  **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |

| 27 | Other Necessary Expenses: life insurance.  Enter total average monthly premiums that you actually pay for term life insurance for yourself.  **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |

| 28. | **Other Necessary Expenses: court-ordered payments.**  Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments.  Do not include payments on past due obligations included in Line 44. | $ |

| 29. | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
|---|---|---|
| 30. | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31. | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32. | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service—such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33. | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

### Subpart B:  Additional Living Expense Deductions
### Note: Do not include any expenses that you have listed in Lines 19-32

| 34. | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents<br><br>a. Health Insurance  $<br>b. Disability Insurance  $<br>c. Health Savings Account  $<br><br>Total and enter on Line 34<br><br>If you do not actually expend this total amount, state your actual total average monthly expenditures in the space below:<br><br>$ _____ | $ |
|---|---|---|
| 35. | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36. | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37. | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38. | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 39. | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40. | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41. | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.

## Subpart C:  Deductions for Debt Payment

| 42. | **Future payments on secured claims.**  For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance.  The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60.  If necessary, list additional entries on a separate page.  Enter the total of the Average Monthly Payments on Line 42. |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ yes ☐ no |
| b. | | | $ | ☐ yes ☐ no |
| c. | | | $ | ☐ yes ☐ no |
| | | | Total: Add Lines a, b and c | |

$

| 43. | **Other payments on secured claims.**  If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property.  The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure.  List and total any such amounts in the following chart.  If necessary, list additional entries on a separate page. |

| | Name of Creditor | Property Securing the Debt | 1/60 of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |
| | | | Total: Add Lines a, b and c |

$

| 44. | **Payments on prepetition priority claims.**  Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing.  Do not include current obligations, such as those set out in Line 28. | $ |

| 45. | **Chapter 13 administrative expenses.**  If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. |

| | | |
|---|---|---|
| a. | Projected average monthly Chapter 13 plan payment. | $ |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees.    (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | X |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b |

$

| 46. | **Total Deductions for Debt Payment.**  Enter the total of Lines 42 through 45. | $ |

## Subpart D:  Total Deductions from Income

| 47. | **Total of all deductions allowed under § 707(b)(2).**  Enter the total of Lines 33, 41, and 46. | $ |

## Part VI.  DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48. | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49. | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50. | **Monthly disposable income under § 707(b)(2).**  Subtract Line 49 from Line 48 and enter the result. | $ |
| 51. | **60-month disposable income under § 707(b)(2).**  Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

| 52. | **Initial presumption determination.** Check the applicable box and proceed as directed. | |
|---|---|---|
| | ☐ **The amount on Line 51 is less than $7,025*** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI. | |
| | ☐ **The amount set forth on Line 51 is more than $11,725*** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI. | |
| | ☐ **The amount on Line 51 is at least $7,025*, but not more than $11,725*.** Complete the remainder of Part VI (Lines 53 through 55). | |

| 53. | **Enter the amount of your total non-priority unsecured debt** | $ |
|---|---|---|

| 54. | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
|---|---|---|

| 55. | **Secondary presumption determination.** Check the applicable box and proceed as directed. |
|---|---|
| | ☐ The amount on Line 51 is less than the amount on Line 54. Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. |
| | ☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |

### Part VII: ADDITIONAL EXPENSE CLAIMS

| 56. | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item.  Total the expenses. |
|---|---|

| Expense Description | Monthly Amount |
|---|---|
| a. | $ |
| b. | $ |
| c. | $ |
| Total: Add Lines a, b and c | $ |

### Part VIII:  VERIFICATION

| 57. | I declare under penalty of perjury that the information provided in this statement is true and correct.  *(If this is a joint case, both debtors must sign.)* |
|---|---|
| | Date: _____   Signature _____ |
| | (Debtor) |
| | Date: _____   Signature _____ |
| | (Joint Debtor, if any) |

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

Verification of Creditor Mailing List - (Rev. 10/05)    2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name  _____

Address  _____

Telephone  _____

☐  Attorney for Debtor(s)
☐  Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years): | Case No.: |
| | Chapter: |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  _____    _____
                                        *Debtor*

_____        _____
*Attorney (if applicable)*                *Joint Debtor*