# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: _____     Atty Name (if applicable): _____

Street Address: _____    CA Bar No. (if applicable): _____

_____    Atty Fax No. (if applicable): _____

Filer's Telephone No.: _____

In re:

Case No.: _____

Chapter  7 _____  11 _____  13 _____

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes _____    No _____

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A _____  B _____  C _____  D _____  E _____  F _____  G _____  H _____  I _____  J _____

Statement of Social Security Number(s) _____    Statement of Financial Affairs _____

Statement of Intention _____    Other _____

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, _____, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: _____

**FOR COURT USE ONLY**

_____
*Debtor Signature*

_____
*Co-Debtor Signature*

*\*SEE REVERSE SIDE\*\**

B-1008 *Revised November 2003*

## **PROOF OF SERVICE**

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: _____    _____
                                                                                       Print or Type Name

                                                                                      _____
                                                                                      *Signature*

(SEE ATTACHED MAILING LIST.)

B-1008 *Revised November 2003*

# STATEMENT OF RELATED CASES
# INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
# UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

_____

_____

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

_____

_____

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

_____

_____

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

_____

_____

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____, California.   _____
                                                          *Debtor*

Dated _____               _____
                                                          *Joint Debtor*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                    **F 1015-2.1**

In re _____,
                    Debtor.

Case No.: _____
                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
|  |  |  |  |  |

Total ➤ _____

(Report also on Summary of Schedules.)

Form B6I (Rev. 12/07) Case 2:10-bk-35508-RN    Doc 10    Filed 08/10/10    Entered 08/10/10 17:09:08    Desc
Main Document    Page 5 of 6

| In re | | Case No.: |
|---|---|---|
| | Debtor. | (If known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S) | AGE(S) |
| **Employment:** | **DEBTOR** | **SPOUSE** |
| Occupation | | |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)   **DEBTOR**   **SPOUSE**

1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly)   $_____   $_____
2. Estimate monthly overtime   $_____   $_____
3. **SUBTOTAL**   $_____   $_____

4. **LESS PAYROLL DEDUCTIONS**
   a. Payroll taxes and social security   $_____   $_____
   b. Insurance   $_____   $_____
   c. Union dues   $_____   $_____
   d. Other (*specify*) _____   $_____   $_____

5. **SUBTOTAL OF PAYROLL DEDUCTIONS**   $_____   $_____

6. **TOTAL NET MONTHLY TAKE HOME PAY**   $_____   $_____

7. Regular income from operation of business or profession or farm (attach detailed statement)   $_____   $_____
8. Income from real property   $_____   $_____
9. Interest and dividends   $_____   $_____
10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above.   $_____   $_____
11. Social security or other government assistance (*Specify*) _____   $_____   $_____
12. Pension or retirement income   $_____   $_____
13. Other monthly income (*Specify*) _____   $_____   $_____

14. **SUBTOTAL OF LINES 7 THROUGH 13**   $_____   $_____

15. **AVERAGE MONTHLY INCOME:** (Add amounts shown on lines 6 and 14)   $_____   $_____

16. **COMBINED AVERAGE MONTHLY INCOME** (Combine column totals from line 15)   $_____

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

_____

_____

Form B6J (Rev. 12/07)

Case 2:10-bk-35508-RN    Doc 10    Filed 08/10/10    Entered 08/10/10 17:09:08    Desc
Main Document    Page 6 of 6                2007 USBC, Central District of California

In re _____  Case No.: _____
                Debtor.                                    (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

1.  Rent or home mortgage payment (include lot rented for mobile home)                                                $ _____

    a. Are real estate taxes included?    Yes _____    No _____
    b. Is property insurance included?    Yes _____    No _____

2.  Utilities:  a.  Electricity and heating fuel                                                                      $ _____
               b.  Water and sewer                                                                                     $ _____
               c.  Telephone                                                                                           $ _____
               d.  Other _____                                                       $ _____
3.  Home maintenance (repairs and upkeep)                                                                              $ _____
4.  Food                                                                                                               $ _____
5.  Clothing                                                                                                           $ _____
6.  Laundry and dry cleaning                                                                                           $ _____
7.  Medical and dental expenses                                                                                        $ _____
8.  Transportation (not including car payments)                                                                        $ _____
9.  Recreation, clubs and entertainment, newspapers, magazines, etc.                                                   $ _____
10. Charitable contributions                                                                                           $ _____
11. Insurance (not deducted from wages or included in home mortgage payments)
        a.  Homeowner's or renter's                                                                                    $ _____
        b.  Life                                                                                                       $ _____
        c.  Health                                                                                                     $ _____
        d.  Auto                                                                                                       $ _____
        e.  Other _____                                                              $ _____
12. Taxes (not deducted from wages or included in home mortgage payments)
    (Specify) _____                                                                  $ _____
13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)
        a.  Auto                                                                                                       $ _____
        b.  Other _____                                                              $ _____
        c.  Other _____                                                              $ _____
14. Alimony, maintenance, and support paid to others                                                                   $ _____
15. Payments for support of additional dependents not living at your home                                              $ _____
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)                       $ _____
17. Other _____                                                                      $ _____

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17, Report also on Summary of Schedules and,                               $ _____
    If applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the
    filing of this document: _____
    _____

20. STATEMENT OF MONTHLY NET INCOME
        a.  Total monthly income from Line 15 of Schedule I                                                            $ _____
        b.  Total monthly expenses from Line 18 above                                                                  $ _____
        c.  Monthly net income (a. minus b.)                                                                           $ _____